UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACHELLE YOUNG,

    Plaintiff,

vs.                                                        Case No. 16-12459

ROBERT J. PICKELL,                          HON. AVERN COHN

    Defendant.
_____/

**ORDER GRANTING DEFENDANT'S MOTION TO CORRECT ORDER[1] (Doc. 22)
AND VACATING THE MEMORANDUM AND ORDER DISMISSING ORDER TO
SHOW CAUSE (Doc. 20)**

I.

This is an action challenging a jail policy regarding access to inmates.  Plaintiff Trachelle Young (Young) is suing defendant Robert Pickell, the Sheriff at the Genesee County Jail (Jail).  Before the Court is defendant's Motion to Correct Order (Doc. 22).  The motion seeks to amend the Court's order dismissing an order to show cause (Doc. 20) to make clear that this case is not seeking to enforce the consent decree entered in Long v. Pickell, 16-10842.  The motion is GRANTED.  See Fed. R. Civ. P. 60.

II.

The Long case was filed on March 8, 2016 and brought by inmates at the Jail and challenging the adequacy of the water being provided to them in light of the Flint Water crisis.  The Long case settled by entry of a consent decree which, among other

---

[1]Upon review of the parties' papers, the Court deems this matter appropriate for decision without oral argument.  See Fed. R. Civ. P. 78(b); E.D. Mich. LR 7.1(f)(2).

things, permitted plaintiffs' counsel the right to review compliance with the consent decree.

In the order dismissing the order to show case, the Court tied this case and the Long case by indicating that this case was not only challenging the Jail policy regarding paralegal access but also seeking to enforce the consent decree in Long. Such statements are incorrect. As defendant points out, Young alleged that her paralegals were denied access to the Jail during the pendency of the Long case, but prior to entry of the consent decree. Thus, this case is not seeking to enforce the consent decree.

The Court therefore VACATES its Memorandum and Order Dismissing Order to Show Cause, filed November 8, 2016. An amended order shall be entered consistent with this decision.

SO ORDERED.

S/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT COURT

Dated: January 4, 2017
        Detroit, Michigan